UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FILED

2010 APR 21 PM 1:32

US DISTRICT COURT
MIDDLE DISTRICT OF FL

UNITED STATES OF AMERICA

v.

JOSEPH CASTELLANO

CASE NO. 5:10-cr-16-OC-22-DRJ
21 U.S.C. Section 846
21 U.S.C. Section 841(a)(1)
21 U.S.C. Section 853 - Forfeiture

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on a date unknown to the Grand Jury, and continuing through on or about January 26, 2010, in Marion County, Florida, in the Middle District of Florida, and elsewhere,

**JOSEPH CASTELLANO**

the defendant herein, did knowingly, intentionally, and willfully combine, conspire, confederate and agree with persons known and unknown to the Grand Jury to manufacture and possess with intent to distribute 100 or more marihuana plants, a controlled substance listed in Schedule I of Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about January 26, 2010, in Marion County, Florida, in the Middle District of Florida, and elsewhere,

### JOSEPH CASTELLANO

the defendant herein, did knowingly, intentionally, and willfully manufacture and possess with intent to distribute 100 or more marihuana plants, a controlled substance listed in Schedule I of Title 21, United States Code, Section 812.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii), and Title 18, United States Code, Section 2.

## FORFEITURE

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 21, United States Code, Section 853.

2. From his engagement in the violations alleged in Counts One and Two of this Indictment, punishable by imprisonment for more than one year, the defendant,

### JOSEPH CASTELLANO

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), all of his interest in:

    a. Property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violations;

    b. Property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

3. If any of the property described above, as a result of any act or omission of the defendant:

2

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p).

A TRUE BILL,

_Frank Burkett_
Foreperson

A. BRIAN ALBRITTON
United States Attorney

By: _Philip Lammens_
Philip Lammens
Assistant United States Attorney

By: _Samuel D. Armstrong_
Samuel D. Armstrong
Chief, Ocala Division

3

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

JOSEPH CASTELLANO

## INDICTMENT

Violations:

21 USC 846
21 USC 841(a)(1)
21 USC 853

A true bill,

_____
Foreperson

Filed in open court this 21st day

of April 2010.

_____
Clerk

Bail  $ _____

GPO 863 525