# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

___

**UNITED STATES OF AMERICA**

-vs-                                                                  Case No.  5:10-cr-16-Oc-22GRJ

**JOSEPH CASTELLANO**                               AUSA:  Phil Lammens
                                                                       Deft. Atty.:  Rick Carey (AFPD)

| JUDGE | Gary R. Jones | DATE AND TIME | May 27, 2010 11:00 a.m. - 11:30 a.m. |
|---|---|---|---|
| DEPUTY CLERK | Donna DeNicola | TAPE/REPORTER | DIGITAL |
| INTERPRETER | None Required | PRETRIAL/PROBATION | Bryan Coomer |

## CLERK'S MINUTES - INITIAL APPEARANCE AND ARRAIGNMENT

**INITIAL APPEARANCE**

Defendant self-surrendered on an Indictment.

Defendant advised of rights, charges, penalties and special assessment.

Defendant requests court-appointed counsel.  Based on the financial affidavit completed by defendant and/or a financial inquiry, the Court appoints  **Rick Carey, Asst. Federal Public Defender**  with reimbursement upon filing by U.S. Attorney.  **ORDER TO ENTER.**

**ARRAIGNMENT**

Not guilty plea entered as to Counts   **One and Two**   of the Indictment.

This case is assigned to the Honorable Anne C. Conway in the Orlando Division.
**Status Conference set for 7/21/10 at 9:00 a.m.**
**Trial term commencing 8/2/10 at 9:00 a.m.**
**CRIMINAL SCHEDULING ORDER TO ENTER.**

Defendant waives his right to speedy trial.

Government requests release conditions.

Defendant's response.

Court sets bond at $15,000.00 to be co-signed by defendant's father, Joseph Castellano, Sr.
**ORDER SETTING CONDITIONS OF RELEASE TO ENTER.**

**FILED IN OPEN COURT:**
Financial Affidavit