BOND RECOMMENDATION: Detention
AO 442 (Rev.5/85) Warrant for Arrest

PRL/bjm

# United States District Court

MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.

JOSEPH CASTELLANO

## WARRANT FOR ARREST

CASE NUMBER: 5:10-cr-16-OC-236CJ

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest JOSEPH CASTELLANO and bring him forthwith to the nearest magistrate to answer a

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with conspiracy to manufacture and possess with intent to distribute 100 or more marijuana plants.

In violation of Title 21 United States Code, Sections 841(a)(1) and 846.

FILED 2010 MAY 27 PM 3:31 CLERK, U.S. DISTRICT COURT OCALA, FLORIDA

__Sheryl L. Loesch__
Name & Title of Judicial Officer

_Darlene D. Clapp_
Signature of Issuing Officer

DARLENE D. CLAPP
(By) Deputy Clerk

__Clerk, United States District Court__
Title of Issuing Officer

4-21-10  Orlando, FL
Date and Location

Bail fixed at $ _____  by _____
                                    Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Ocala, Florida ||||
| DATE RECEIVED 4/21/10 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 5/27/10 | Thomas P. Hurlburt, USM | [signature] |