**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Golden-Collum Memorial Federal Building
and United States Courthouse
Office of the Clerk
207 N.W. Second Street
Ocala, Florida 34475
352-369-4860
www.flmd.uscourts.gov

Sheryl L. Loesch
Clerk

Jim Leanhart
Ocala Court Operations Supervisor

**UNITED STATES OF AMERICA**

**-vs-**  Case No. 5:10-cr-16-Oc-22GRJ

**JOSEPH CASTELLANO**
_____

**NOTICE OF SURRENDERED PASSPORT**

To:  U.S. Department of State-Passport Services
Office of Citizenship Appeals and Legal Assistance
Attn: Deborah Solum
2100 Pennsylvania Ave., N.W., 3rd Floor
Washington, D.C. 20037

**PURSUANT** to Court order entered on May 27, 2010 in the above styled case, the Defendant's passport, number 046454257, was surrendered to the custody of the Clerk of Court on May 27, 2010. The defendant is not permitted to apply for the issuance of another passport during the pendency of this action.

|   |   |
|---|---|
| Defendant's date of birth: | September 3, 1984 |
| Defendant's place of birth: | Cuba |
| Received by Clerk from: | Joseph Castellano |
|   | SHERYL L. LOESCH, CLERK |
|   | *D. DeNicola* |
|   | By: D. DeNicola, Deputy Clerk |

c:  Counsel of Record
Defendant
Pretrial Services (if before Judgment)
Probation Office (if after Judgment)
Appropriate Agency Listed Above
Passport Coordinator